# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
October 26, 2022

Lyle W. Cayce
Clerk

---

No. 22-60500

---

ABBY ROBINSON; RICKY ROBINSON,

*Plaintiffs—Appellants,*

*versus*

RIVERHILLS BANK; JOHN DOES 1-5; JOHN DOE COMPANY 1-5; LAW SECURITY GROUP,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:21-CV-195

---

CLERK'S OFFICE:

Under FED. R. APP. P. 42(B), the appeal is dismissed as of October 26, 2022, pursuant to appellants' motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Whitney M. Jett, Deputy Clerk

**A True Copy**
**Certified order issued Oct 26, 2022**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

ENTERED AT THE DIRECTION OF THE COURT